# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## NOTICE OF DISMISSAL WITH RESTRICTION AGAINST DEBTOR'S RE−FILING

**DEBTOR(S) INFORMATION:**
Joseph Saller
**SSN:** xxx−xx−3084
**EIN:** N/A
Cynthia Saller
**SSN:** xxx−xx−3600
2416 Stearnlee Ave.
Long Beach, CA 90815

**BANKRUPTCY NO.** 2:11−bk−45924−VZ
**CHAPTER** 13

You are notified that an order was entered **DISMISSING** the above−captioned case with a prohibition against the refiling of another bankruptcy petition by or against the debtor for 180 days from the date this order is entered.

Any discharge entered in this case is hereby vacated in its entirety.

Dated: September 14, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ndwr rev. 11/97) VAN−18

**12 / FHG**